# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIA A. VEGA-SALAZAR (2),<br><br>                Defendant. | CASE NO. 12CR2581-JLS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Information:

31USC5332(a); 18USC2; 31USC5317(c)(1) AND 5332 (a)(1) AND (b)(2) -

BULK CASH SMUGGLING; AIDING AND ABETTING; CRIMINAL FORFEITURE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 3, 2012

                                            Mitchell D. Dembin<br>
                                            U.S. Magistrate Judge